## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bynum, Charles

Printed:  5/20/08

Case Number:  06 B 16437
Judge:  Squires, John H
Filed:  12/12/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  April 9, 2008
Confirmed:  May 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,901.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,744.35 |
| Trustee Fee: | | 156.65 |
| Other Funds: | | 0.00 |
| Totals: | 2,901.00 | 2,901.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,873.00 | 2,744.35 |
| 2. | Illinois Dept of Revenue | Priority | 1,610.92 | 0.00 |
| 3. | AFNI | Unsecured | 602.36 | 0.00 |
| 4. | American General Finance | Unsecured | 1,767.07 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 100.75 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 16,035.97 | 0.00 |
| 7. | Illinois Dept of Revenue | Unsecured | 193.05 | 0.00 |
| 8. | CCA | Unsecured | | No Claim Filed |
| 9. | Ameritech | Unsecured | | No Claim Filed |
| 10. | CCA | Unsecured | | No Claim Filed |
| 11. | CCA | Unsecured | | No Claim Filed |
| 12. | Children's Memorial Hospital | Unsecured | | No Claim Filed |
| 13. | Citibank (South Dakota), N.A. | Unsecured | | No Claim Filed |
| 14. | Medical Collections | Unsecured | | No Claim Filed |
| 15. | MCS | Unsecured | | No Claim Filed |
| 16. | Medical Collections | Unsecured | | No Claim Filed |
| 17. | Medical Collections | Unsecured | | No Claim Filed |
| 18. | Uic-Physicians Group | Unsecured | | No Claim Filed |
| 19. | Commonwealth Edison | Unsecured | | No Claim Filed |
| | | | $ 23,183.12 | $ 2,744.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 156.65 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bynum, Charles

Printed:  5/20/08

Case Number:  06 B 16437

Judge:  Squires, John H

Filed:  12/12/06

_____
$ 156.65

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: